*Formatted for Electronic Distribution*                                                                                      *Not for Publication*

Filed & Entered
On Docket
September 9, 2011

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

**In re:**

    **David Roy Orcutt and**
    **Hollie Jean Stevens,**                                         Chapter 13 Case
        **Debtors**                                              # 11-10553

_____

**David Roy Orcutt and**
**Hollie Jean Stevens,**
      **Plaintiffs,**
    v.                                                              Adversary Proceeding
                                                                # 11-1013
**GMAC Mortgage, LLC,**
      **Defendant.**

_____

*Appearances*:  *Michelle M. Kainen, Esq.*                             *James B. Anderson, Esq.*
                *White River Junction, VT*                              *Rutland, VT*
                *Attorney for Plaintiffs*                               *Attorney for Defendant*

### ORDER
### DENYING DEFENDANT'S MOTION TO DISMISS

    For the reasons set forth in a memorandum of decision of even date, IT IS HEREBY ORDERED that GMAC Mortgage, LLC's motion to dismiss the adversary proceeding (doc. # 5) is denied.

    IT IS FURTHER ORDERED that the parties shall proceed with this litigation in this proceeding as set forth in a scheduling order entered this same day, pursuant to a stipulation of the parties.

    IT IS FURTHER ORDERED that the hearing scheduled for September 13th is cancelled and instead, the parties shall appear for status hearing on October 25, 2011, at 9:30 a.m., at the United States Bankruptcy Court, The Opera House, Rutland, VT.

_____

September 9, 2011                                                       Colleen A. Brown
Burlington, Vermont                                                     United States Bankruptcy Judge