*Formatted for Electronic Distribution*                                                              *Not for Publication*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
February 24, 2012

**In re:**

    **David Roy Orcutt and,**                                                Chapter 13 case
    **Hollie Jean Stevens,**                                                # 11-10553
                    **Debtors.**

**David Roy Orcutt and,**
**Hollie Jean Stevens,**
                    **Plaintiffs,**
       v.                                                        Adversary Proceeding
**GMAC Mortgage, LLC,**                                       # 11-1013
                    **Defendant.**

*Appearances:*      *Michelle M. Kainen, Esq.*                *James B. Anderson, Esq.*
                               *White River Junction, VT*                *Rutland, VT*
                               *Attorneys for Plaintiffs*                    *Attorney for Defendant*

<u>**ORDER**</u>
<u>**GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**</u>
<u>**AND DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**</u>

      For the reasons set forth in the memorandum of decision of even date, the COURT FINDS that the Plaintiffs have standing to challenge the extent and validity of the 2007 mortgage, there are no material facts in dispute with respect to the validity of the 2007 mortgage, and the Plaintiffs are entitled to judgment as a matter of law under 27 V.S.A. § 141.

      Having found that the Plaintiffs are entitled to judgment under count 1, the COURT FURTHER FINDS that it need not address the issues the Defendant raised in its cross-motion for summary judgment with respect to count II.

      Accordingly, IT IS HEREBY ORDERED that the Plaintiff's motion for summary judgment is granted, judgment is entered in favor of the Plaintiffs on count I of the amended complaint because the 2007 Mortgage does not meet the requirements of 27 V.S.A. § 141, and the 2007 Mortgage is declared to be inoperative.

      IT IS FURTHER ORDERED that the Defendant's cross-motion for summary judgment is denied.

      SO ORDERED.

February 24, 2012                                                                              Colleen A. Brown
Burlington, Vermont                                                              United States Bankruptcy Judge