*Formatted for Electronic Distribution*

Filed & Entered
On Docket
April 2, 2013

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

In re:

    **David Roy Orcutt and**　　　　　　　　　　　　　　　　　Chapter 13 case
    **Hollie Jean Stevens,**　　　　　　　　　　　　　　　　　　# 11-10553
        **Debtors.**

_____

**David Roy Orcutt and**
**Hollie Jean Stevens,**
      **Plaintiffs,**
    v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　Adversary Proceeding
**GMAC Mortgage, LLC,**　　　　　　　　　　　　　　　　　　　# 11-1013
        **Defendant.**

_____

*Appearances:* Michelle M. Kainen, Esq.　　Jan M. Sensenich, Esq.　　James B. Anderson, Esq.
                White River Junction, VT　   Norwich, VT　　　　　　  Rutland, VT
                *Attorney for the Plaintiffs*　   *Chapter 13 Trustee*　    *Attorney for the Defendant*

## ORDER
### GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
### AND DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT
### ON REMAND

      For the reasons set forth in the memorandum of decision of even date, THE COURT FINDS that a determination of the validity of the Defendant's mortgage under 27 V.S.A. § 141 is integral to, and dispositive of, a determination of the Defendant's secured status under 11 U.S.C. § 506(a), resolution of the Defendant's objection to confirmation of the Plaintiffs' Chapter 13 plan under 11 U.S.C. § 1325(a)(3), and resolution of the Defendant's objection to the Plaintiffs' claim of homestead exemption under 11 U.S.C. § 522(b)(1) and 27 V.S.A. § 101.

      THE COURT FURTHER FINDS that it has constitutional authority to enter a final judgment in the instant adversary proceeding determining the validity of the Defendant's mortgage.

      THE COURT FURTHER FINDS that the Defendant's equitable arguments are insufficient to justify a decision contrary to the criteria set forth in 27 V.S.A. § 141 and the conclusion that the Defendant's mortgage is inoperative under the facts of this case.

Accordingly, IT IS HEREBY ORDERED that, for the reasons set forth in the memorandum of decision of even date and in this Court's memorandum of decision and order issued on February 24, 2012 (*see* doc. ## 28, 29), on remand, the Court grants the Plaintiffs' motion for summary judgment and denies the Defendant's cross-motion for summary judgment.

SO ORDERED.

April 2, 2013  
Burlington, Vermont

Colleen A. Brown  
United States Bankruptcy Judge